UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

SOUTHERN DIVISION

| | |
|---|---|
| BRADY HYDE,<br><br>              Plaintiff,<br><br>     vs.<br><br>FRANKLIN AMERICAN MORTGAGE<br>COMPANY,<br><br>              Defendant. | 4:18-CV-04113-KES<br><br><br>JUDGMENT |

Based on the Order Granting Defendant's Motion for Summary Judgment, it is

ORDERED, ADJUDGED, and DECREED that judgment is entered against plaintiff, Brady Hyde, and in favor of defendant, Franklin American Mortgage Company.

Dated April 8, 2020.

                    BY THE COURT:


                    /s/ *Karen E. Schreier*
                    KAREN E. SCHREIER
                    UNITED STATES DISTRICT JUDGE